NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY D. ERVIN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7103

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-3287, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Larry D. Ervin moves to voluntarily withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

LARRY ERVIN V. SHINSEKI                                                    2

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued as a Mandate:  ___JAN 2 3 2013___